LAW OFFICES OF GEORGE R. SZYMANSKI
BY: George R. Szymanski, Esquire
1370 Chews Landing Rd.
Laurel Springs, NJ 08021
(856) 232-9828
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| THIS RELATES TO:<br><br>*Alfred Czajkowski v. Pfizer*<br>Case No.: 06-2687 CRB | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE |

Come now, Plaintiff Alfred Czajkowski, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

Dated: 11-30-09   By: _____
George R. Szymanski, Esquire
LAW OFFICES OF GEORGE R. SZYMANSKI
1370 Chews Landing Road
Laurel Springs, New Jersey 08021
Telephone: (856) 232-9828
Facsimile: (856) 232-9830
Szymanskilaw@comcast.net
*Attorney for Plaintiff, Alfred Czajkowski*

Dated: March 11, 2010        By:   /s/ [signature]

                                        DLA PIPER LLP (US)
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        Telephone: (212) 335-4500
                                        Facsimile: (212) 335-4501
                                        *Defendants' Liaison Counsel*


***PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.***

Dated: April 5, 2010        By:   /s/ [signature]

                                        Honorable Charles R. Breyer
                                        United States District Court